# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KEITHEN STEVENS,

        **Plaintiff,**

v.                                            **Case No:   6:14-cv-1845-Orl-31KRS**

WYNDHAM VACATION OWNERSHIP,
INC.,

        **Defendant.**

---

## ORDER

On March 17, 2015, Magistrate Judge Spaulding issued a Report and Recommendation (Doc. 29) recommending that Defendant's Motion to Strike Plaintiff's Demand for Jury Trial (Doc. 17) be granted.   Plaintiff filed an objection to the Report (Doc. 30), and Defendant responded (Doc. 31).

Upon consideration of the above, the Court finds that Judge Spaulding's factual findings are supported by the record and that her conclusion is legally correct.   Accordingly, it is

    **ORDERED** that:

1. The Report and Recommendation is CONFIRMED and ADOPTED and made a part of this Order;

2. Plaintiff's Objection is OVERRULED; and

3. Defendant's Motion to Strike Jury Trial is GRANTED.

    **ONE** and **ORDERED** in Chambers, Orlando, Florida on April 27, 2015.



                                 GREGORY A. PRESNELL
                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party